FILED

DEC 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:25 CR 00632 |
| ANFENEE J. CRANDALL, | ) | Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and (c)(1)(A)(i); Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) |
| Defendant. | ) | |
| | ) | **JUDGE POLSTER** |

COUNT 1
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury charges:

1. On or about July 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANFENEE J. CRANDALL did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

COUNT 2
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about July 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANFENEE J. CRANDALL, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Robbery

and Aggravated Trafficking in Drugs, on or about December 5, 2013, in case number 2013-08-2147-A, in the Court of Common Pleas of Summit County, Ohio; Aggravated Trafficking in Drugs, on or about September 29, 2022, in case number 2018-10-3481-A, in the Court of Common Pleas of Summit County, Ohio; and Trafficking in a Fentanyl-Related Compound, on or about September 29, 2022, in case number 2019-12-4242, in the Court of Common Pleas of Summit County, Ohio, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Taurus model G2c 9mm caliber semiautomatic pistol, bearing serial number AGE219811, and ammunition, said firearm and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about July 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANFENEE J. CRANDALL did knowingly possess a firearm, to wit: a Taurus model G2c 9mm caliber semiautomatic pistol, bearing serial number AGE219811, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being, Possession with Intent to Distribute Fentanyl, as charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant ANFENEE J. CRANDALL shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following properties seized on July 11, 2025:

    a. $20,922.00 in U.S. Currency; and

    b. a Taurus model G2c 9mm caliber semiautomatic pistol, bearing serial number AGE219811, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.